**Order entered October 10, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00916-CV

### IN THE INTEREST OF A.W.L., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-03681**

## ORDER

We **GRANT** appellant's October 5, 2016 motion to extend time to file his brief and

**ORDER** the brief filed no later than Monday November 7, 2016.

/s/     ELIZABETH LANG-MIERS
         JUSTICE